H. L. ANDERSON, as Trustee, v. M. H. BISHOP.

152 So. 620.
Opinion Filed January 22, 1934.

*B. M. Wimberly,* for Appellant.

*Peter R. Perry,* for Appellee.

PER CURIAM.—This appeal is from several orders including an order striking an amended bill of complaint seeking injunction and removal of cloud from title to real estate.

The amended bill of complaint herein does not appear to be a departure in pleading, and should not have been stricken even if it is defective in its allegations.

Reversed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.